UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN BROWNE<br><br>        Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendant.<br>_____/ | No. C 05-2571 PJH (PR)<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE** |

    This is a civil rights case filed pro se by a state prisoner. In the initial review order plaintiff was ordered to keep the court informed of any change of address "by filing a separate paper with the clerk headed "Notice of Change of Address... ." Mail that the clerk sent to plaintiff at the last address he provided for this case has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address in this case, but has done so in another of his cases. The failure to update the mailing address for this case, when he did so in the other one, may mean that he does not intend to prosecute this one.

    Plaintiff shall show cause within thirty days of the date this order is entered why this case should not be dismissed for failure to comply with the court's order to file a notice of change of address if his address changed. He may do so by providing a sufficient excuse for his failure to file a notice of change of address in this case. If he wishes to abandon the case he should file a voluntary dismissal, or just do nothing, in which case the court will

enter an order of dismissal.

The clerk shall send a copy of this order to plaintiff at 276 Golden Gate Avenue, San Francisco, CA 94102, to the attention of "Bill."

**IT IS SO ORDERED.**

Dated: January 29, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\BROWNE571.OSC-P.wpd