UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN BROWNE

        Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

        Defendants.

No. C 05-2571 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court dismissed the complaint with leave to amend because plaintiff had filed it in three installments. He amended after a delay caused by his changing addresses and returned mail. In an order entered on May 2, 2008, the court determined that the amended complaint did not state a claim and dismissed the complaint with leave to amend within thirty days. Plaintiff's copy of that order was not returned as undeliverable, so the court must assume that he received it.

The time to amend has long since expired and plaintiff has not done so. This case therefore is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2008.

                              PHYLLIS J. HAMILTON
                              United States District Judge

G:\PRO-SE\PJH\CR.05\BROWNE571.DSM-no amen.wpd